NORTHAMPTON COUNTY DRAINAGE DISTRICT
  NUMBER ONE v. BAILEY

No. 576A88.

Case below: 92 N.C. App. 68; 323 N.C. 705.

Petition by defendants for reconsideration of the order dismissing appeal in this matter is dismissed as moot 5 April 1989.

POLK v. BILES

No. 557P88.

Case below: 92 N.C. App. 86.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

R. R. & E., INC. v. CABARRUS CONSTRUCTION

No. 63P89.

Case below: 92 N.C. App. 595.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

RICHARDS v. TOWN OF VALDESE

No. 10P89.

Case below: 92 N.C. App. 222.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

RUFFIN WOODY AND ASSOCIATES v. PERSON COUNTY

No. 14P89.

Case below: 92 N.C. App. 129.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.